Argued and submitted July 20, reversed and remanded for a new trial August 17, 1988

## STATE OF OREGON,
*Respondent,*

*v.*

## ALLAN DAVID PROVORSE,
*Appellant.*

(85122731; CA A45419)

758 P2d 894

Sally L. Avera, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Linda DeVries Grimms, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, Deits, Judge, and Riggs, Judge Pro Tempore.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction, after a trial to the court, for the crime of possession of a controlled substance. ORS 475.992(4). He contends that the court erred in not having him execute a written waiver of trial by jury. ORS 136.001; Or Const, Art I, § 11. The state concedes error, and we agree. *State v. Cullett,* 86 Or App 219, 738 P2d 611 (1987).

Reversed and remanded for a new trial.